**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY – NEWARK DIVISION**

In re: LINDA E. JAMISON, Debtor.
Filing No.: [to be supplied]
Filed: October 23, 2025 at 9:00 a.m.

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2025 OCT 27 A 9: 52
JEANNE A. NAUGHTON
BY:_____
DEPUTY CLERK

## NOTICE OF STATE-COURT VIOLATION OF AUTOMATIC STAY AND REQUEST FOR ENFORCEMENT

The Debtor respectfully notifies this Court that, after the above-referenced Chapter 13 petition was filed and received by the Clerk, the Superior Court of New Jersey, Chancery Division (Essex County) entered a Summary Judgment Order dated October 24, 2025 in U.S. Bank Trust National Association v. Linda E. Jamison and Michelle Lyn Middleton (Docket F-000074-25).

This order was issued after the filing and receipt of the petition, in direct violation of the automatic stay imposed by 11 U.S.C. § 362(a).

Debtor therefore requests that this Court:
1. Declare the state-court order void ab initio as entered in violation of the automatic stay;
2. Direct Plaintiff U.S. Bank Trust and its counsel to cease all foreclosure activity; and
3. Grant such other relief as the Court deems proper, including sanctions if warranted under § 362(k).

## AFFIDAVIT OF LINDA E. JAMISON

I, Linda E. Jamison, certify as follows:

1. I filed a Chapter 13 petition on October 23, 2025 at 9:00 a.m. The Clerk accepted the filing and issued Filing No. [to be supplied], confirming receipt.
2. The petition was complete except for the credit-counseling certificate, which must be filed within 10 days. That requirement does not delay or nullify the automatic stay.
3. On October 24, 2025, Judge Lisa M. Adubato of the Superior Court proceeded with a

foreclosure hearing despite being informed that the bankruptcy had been filed. The Judge asked Plaintiff's counsel whether "it was a good idea" that I filed bankruptcy and, based on counsel's negative answer, granted summary judgment.

4. I was denied the opportunity to speak or present documentation, and the judgment was entered after the federal stay took effect.

5. I request that this Court enforce the stay and declare the October 24 order void.

I certify that the foregoing is true. If any statement is willfully false, I am subject to punishment.

*Linda E. Jamison*

Date: October 25, 2025

/s/ Linda E. Jamison

Debtor

1 Midland Place, Newark, NJ 07106