**COLDWELL BANKER**
**REALTY**

## Listing Agreement
### NEW JERSEY

SELLER(s): **Linda Jamison , Michelle Middleton**

PROPERTY ADDRESS: **1-3 Midland Pl , Newark , NJ  07106**                                                  ("Property")

LISTING AGENT(S):_____**Marvin Williams**_____

*Sales Associate Name(s)*

You, the Seller(s), hereby retain Coldwell Banker Realty ("Coldwell Banker") as your one and only real estate broker with respect to the Property identified above and you grant to Coldwell Banker sole and exclusive right to list, market, sell and/or rent the Property during the Term set forth herein.

1. **TERM.**  This Agreement shall begin on _____**January 13, 2026**_____ and end at midnight on _____**January 13, 2027**_____ ("Expiration Date"). The Term of this Agreement may be extended by mutual agreement; and, if you authorize an extension of any Multiple Listing Service (each an "MLS") listing of your Property, that shall also act as a like extension of the Term of this Agreement.

   *550,000 mm*

2. **LISTING PRICE.** You and Coldwell Banker agree that the Property will initially be listed at $ __$499 (x) and__ that the Listing Price may be adjusted by mutual agreement.

3. **SCOPE OF COLDWELL BANKER REPRESENTATION:**  The Designated Agent(s) named above has/have been appointed by Coldwell Banker to represent you and will work in your best interest to procure a ready, willing and able Buyer (or Tenant/Lessee, as appropriate) of the Property in accordance with the price, terms and conditions specified in this Agreement, or other price and terms acceptable to you. You acknowledge that Coldwell Banker is being retained solely as a real estate broker and not as an attorney, tax advisor, lender, appraiser, surveyor, structural engineer, home inspector, property manager and/or other professional service provider; and that Coldwell Banker Sales Associates do not assume any obligation to consult municipal records or authorities to confirm whether a property, as presently improved, complies with applicable municipal building and zoning codes, regulations and/or requirements. *You are advised to seek independent professional advice and counsel concerning the condition of the Property, legal and tax matters,* as well as other issues beyond the scope of real estate brokerage services offered by Coldwell Banker. In the event that Coldwell Banker provides you with names and/or resources for such advice and assistance, you understand and acknowledge that Coldwell Banker would be doing so as an accommodation only and that Coldwell Banker does not warrant or guaranty such services and/or providers. Coldwell Banker shall have no obligation to seek an extension to any date or deadline set forth in any written agreement between you and a Buyer, nor to seek the termination of any written agreement between you and a Buyer unless you, in a timely manner, explicitly make such a request in writing and Coldwell Banker specifically agrees, in writing, to accommodate that request.

4. **COLDWELL BANKER IS GRANTED THE SOLE AND EXCLUSIVE RIGHT AND AUTHORITY TO.** (a) Advertise the Property for sale and/or rent, and in relation thereto; (b) Cooperate with other brokers who are working with buyers who may be interested in your Property; (c) to the extent authorized by you, communicate any offer of compensation that you may be willing to make to a broker who procures a buyer for your Property; (d) Post signs on the Property; (e) List the Property with any MLS and/or similar electronic database and, in this regard - unless you notify Coldwell Banker in writing to the contrary - you hereby grant to Coldwell Banker express permission to enter your name into and/or transmit your name and/or upload or post documents (e.g., Lead Paint Disclosure Form) containing your name to such MLSs or electronic databases, understanding that the same may be accessible to persons other than your Designated Agent; (f) Photograph and/or record video images of the Property and distribute information about the Property, including electronic images, and in this regard you acknowledge and agree that any photographic, video and/or electronic images of the Property, as well as any related advertising, promotional and/or marketing materials that Coldwell Banker and/or its employees, agents, affiliates, servants or independent contractors create shall be and remain the sole and exclusive property of Coldwell Banker; (g) Manage and control the marketing of the Property; (h) Display the Property's information on **ColdwellBankerHomes.com** and other internet websites; and (i) If requested, provide a copy of any written agreement for the purchase and sale of the Property to a Buyer's lender, appraiser, title company and/or closing attorney in order to facilitate the financing and/or closing of a purchase and sale of the Property. All the foregoing notwithstanding, it is expressly understood that you do NOT grant to Coldwell Banker or to its affiliated Sales Associates any right or authority to take any actions that would create binding obligations on your behalf.

   *List Private Sale only*
   *L.J. MM 1/4/26*

5. **COMPENSATION. COMMISSION DISCLOSURE:** BROKERAGE COMMISSIONS ARE FULLY NEGOTIABLE AND YOU HAVE THE RIGHT TO INDIVIDUALLY REACH AN AGREEMENT ON ANY FEE, COMMISSION, OR OTHER VALUABLE CONSIDERATION WITH ANY BROKER. NO FEE, COMMISSION OR OTHER CONSIDERATION HAS BEEN FIXED BY ANY GOVERNMENTAL AUTHORITY OR BY ANY TRADE ASSOCIATION OR MULTIPLE LISTING SERVICE.

Listing Agreement        Marvin Williams            Page 1 of 4                Sellers' Initials L.J.  MM  See added
CBR - Maplewood, 145 Maplewood Ave Maplewood NJ 07040        (908)422-8621        (973)378-5946        Midland Pl
©2024 Coldwell Banker. All Rights Reserved. Coldwell Banker and the Coldwell Banker logos are trademarks of Coldwell Banker Real Estate LLC. The Coldwell Banker® System is comprised of company owned offices which are owned by a subsidiary of Anywhere Advisors LLC and independently owned and operated franchised offices. The Coldwell Banker System fully supports the principles of the Fair Housing Act and Equal Opportunity Act.        Rev. 10-10-2024

a. <u>Listing Side Commission</u>: You agree to pay Coldwell Banker a fee for professional services ("Commission") equal to __3__ % of the purchase price or $_____, whichever is greater, AND $_____ ("Listing Commission") if:

   (i) During the term of this Agreement a Buyer is procured ready, willing and able to purchase (which term shall include purchase, assignment, transfer, exchange or other conveyance) the Property or any portion thereof in accordance with the price, terms and conditions set forth in this Agreement, or upon such other price, terms and conditions as shall be acceptable to you; or

   (ii) During the Term of this Agreement the Property, or any portion thereof, is sold (which term shall include the sale, assignment, transfer, exchange or other conveyance) or becomes subject to an agreement or option to purchase or sell through the efforts of anyone, including you, to any person or entity including, but not limited to, a co-owner of the Property, spouse/domestic partner, relative or heir, holder of an equitable or other interest in the Property (such as a Right of First Refusal), etc. or

   (iii) The Property, or any portion thereof, is sold or becomes subject to an agreement or option to purchase or sell within 180 days after expiration of the Term of this Agreement (the "Protection Period") to any person or entity who was introduced to the Property by anyone, including you, prior to the expiration of the Term of this Agreement (each an "Introduced Buyer"). However, in the event the Property is sold during the Protection Period to any Introduced Buyer with the participation of a licensed broker to whom you are obligated to pay a fee under the terms of a subsequent written exclusive listing agreement, then you will only owe to Coldwell Banker pursuant to this provision the difference, if any, between the Commission called for in this Agreement and any lesser amount you actually pay to such subsequent licensed broker.

b. <u>Unrepresented Buyer Commission</u>: If the Buyer of the Property is not represented or assisted by any broker and works directly with your Designated Seller's Agent then, in addition to the Listing Commission set forth in paragraph 5.a. above, you agree to pay Coldwell Banker a sum equal to ____% of the gross sale price or $_____N/A_____.

c. If the sale of the Property entails the sale of land and the construction of a home and/or other structure(s) by you on the Property, then the Commission shall be calculated based on the aggregate of the price paid by the Buyer for the land and any building(s) and/or improvement(s) constructed thereon. In the event that a purchaser first buys unimproved land from you and you then construct a dwelling on the Property, then the Commission payable in connection with the sale of the land shall be due upon closing on the purchase of the land by the Buyer and the Commission payable in connection with the cost of the improvements shall be payable no later than the issuance of an occupancy permit for the building(s).

d. If you rent the Property to a Buyer/Tenant during the Term of this Agreement or during the Protection Period, as set forth in paragraph 5.a (iii) above, then you shall pay Coldwell Banker a Commission equal to ten percent (10%) of the total rent payments due under such rental agreement; and if you sell the Property to any such Buyer/Tenant during the term of such tenancy or within one (1) year after the termination of such tenancy (which term shall include any extension to and/or renewal of the original term) then, upon closing on the sale of the Property to said Buyer/Tenant, you shall pay to Coldwell Banker a Commission as set forth in paragraph 5.a. above.

e. To pay all Commissions and/or other compensation due hereunder no later than the closing date, including transactions that close after the Expiration Date of this Agreement.

## 6. SELLER'S REPRESENTATIONS, WARRANTIES AND ACKNOWLEDGMENTS.

a. You agree to cooperate with Coldwell Banker in every reasonable way and to refer all inquiries and offers for the purchase and/or rental of the Property to Coldwell Banker during the Term of this Agreement.

b. You hold clear and marketable title to the Property and/or are duly authorized to list and sell the Property.

c. You are not in bankruptcy nor contemplating filing bankruptcy during the Term of this Agreement or, in the alternative, if you are in bankruptcy or file for bankruptcy protection during the Term of this Agreement, then you agree to take all actions necessary to secure authorization from the Bankruptcy Court for Coldwell Banker to act as listing real estate broker for the listing, marketing, sale and/or rental of the Property and to be compensated fully therefor as set forth in this Agreement, and you authorize Coldwell Banker to make any and all necessary disclosures to potential purchasers regarding the foregoing.

d. You are not in default on the payment of any loan, debt, account or other obligation secured by a mortgage or other lien against the Property or, in the alternative, you have informed Coldwell Banker of any and all arrearages with respect to the foregoing and have supplied Coldwell Banker with copies of any and all written notices or other documentation you have received in relation to any party's effort or intention to institute foreclosure proceedings against you and/or the Property.

e. You represent that there are or will be no other listing agreements with other real estate brokers for the sale or rent of the Property in effect as of the beginning or commencement date of this Agreement, as recited in paragraph 1 above.

f. You warrant that you will, during the term of this Agreement, maintain homeowner's insurance on the Property and that such insurance on the Property will protect against risk of loss of both personal property and from personal injury to persons on the Property; and you specifically agree that, in connection with any showing of the Property to prospective purchasers (including any "Open House" showings), you will take whatever action that you may deem necessary to safeguard items of personal

© 2024 Coldwell Banker. All Rights Reserved. Coldwell Banker and the Coldwell Banker logos are trademarks of Coldwell Banker Real Estate LLC. The Coldwell Banker® System is comprised of company owned offices which are owned by a subsidiary of Anywhere Advisors LLC and independently owned and operated franchised offices. The Coldwell Banker System fully supports the principles of the Fair Housing Act and Equal Opportunity Act               Rev. 10-10-2024

property, and you specifically acknowledge that Coldwell Banker does not provide security services and that Coldwell Banker shall not be responsible with respect to any loss of or damage to your Property, or injury to any person, that may occur during or in connection with showing the Property to prospective purchasers, home inspectors, appraisers or others permitted to enter onto the Property.

g. You represent and warrant that: (1) any information furnished to Coldwell Banker in connection with the Property is true, accurate and complete to the best of your knowledge and belief; (2) you either own or are duly and legally licensed or otherwise authorized to print, publish, post, disburse, distribute and/or otherwise to make use of (collectively, to "Use") any photographs, images, drawings, renderings, graphic representations, plans, etc. (collectively "Images") that you may provide to Coldwell Banker; (3) you authorize Coldwell Banker to disclose any information furnished by you and/or to Use any Images you may have provided in connection with the performance of Coldwell Banker's services under this Agreement; and (4) you, further, agree to hold harmless and indemnify Coldwell Banker (and any Sales Associate affiliated with Coldwell Banker) with respect any claim, demand, action, cause of action, suit, and/or controversy whatsoever, whether in law, equity or otherwise, related to the disclosure of any of the foregoing information and/or Use of any Images described above.

h. **KEYS, SHOWINGS and LOCKBOXES.** Unless otherwise stated, Coldwell Banker shall retain a key to the Property and will have access for showing the Property to Cooperating Brokers and prospective purchasers. Coldwell Banker ☐ is / ☐ is **not** granted permission to install a Lockbox/Keybox/Keysafe on the Property for the purpose of facilitating access to Cooperating Brokers and others authorized to examine the Property.

i. **OFFERS and MULTIPLE OFFERS.** Coldwell Banker's obligation to *seek* offers shall terminate when you accept and sign a written offer provided, however, Coldwell Banker will *present* all written and signed offers that are received even if they are received after an offer is accepted. You also agree that, in the event of a multiple offer situation, Coldwell Banker may disclose (to a Buyer who has submitted an offer and/or to any such Buyer's Broker) the fact that you have received other offers on the Property.

7. **DISCLOSURES.** You agree to disclose all known material information about the Property to Coldwell Banker and Coldwell Banker shall disclose all known material information to prospective purchasers. You agree to sign a seller's property condition disclosure statement, and consent to Coldwell Banker delivering the disclosure statement to any prospective purchaser.

8. **GENERAL TERMS OF AGREEMENT.** This document represents the entire agreement between you and Coldwell Banker and supersedes any other agreement of any nature and/or type, whether oral or written, which may exist between the parties in relation to the Property on the date of execution of this Agreement. This Agreement shall not be modified unless said modification is in writing and signed by all parties to be bound by any such modification; verbal modifications shall not be enforceable. You may not assign this Agreement. This Agreement shall bind the respective officers, directors, agents, attorneys, executors, administrators, distributees, successors, heirs and assigns, as the case may be, of you and Coldwell Banker. You agree to indemnify and hold Coldwell Banker harmless from and against all loss, costs and/or expenses in connection with your breach of any term or condition of this Agreement and, more specifically in this regard, you agree to pay all of Coldwell Banker's Attorneys' Fees, legal costs and expenses incurred due to your breach of and/or Coldwell Banker's efforts to enforce any term or condition hereof. This Agreement shall be governed by the laws of the State of New Jersey.

9. **DUAL AGENCY.** Under New Jersey law, a broker may work with both a buyer and a seller in the same real estate transaction if both the buyer and seller agree to work with the broker as a "Disclosed Dual Agent". To work as a Disclosed Dual Agent, the broker must obtain the written informed consent from both the buyer and the seller. Seller understands that, by agreeing to allow Coldwell Banker to work as a Disclosed Dual Agent, Coldwell Banker will not be able to represent Seller or the buyer fully and exclusively in the same transaction. As a Disclosed Dual Agent, Coldwell Banker will not be able to put Seller's interests ahead of buyer's interests nor buyer's interests ahead of Seller's interests. **Coldwell Banker may act as a Disclosed Dual Agent only if Seller agrees to sign the "Informed Consent to Dual Agency" form attached to this Agreement.**

10. **DESIGNATED AGENCY.** Under New Jersey law, a broker may designate two different licensees affiliated with the broker to work with a seller and a buyer in the same real estate transaction if both the seller and the buyer agree. In the context of designated agency, a broker remains neutral and oversees the transaction to ensure each designated licensee is maintaining the full range of fiduciary duties which are ordinarily owed by a licensee who represents solely a seller as a "seller's agent" and by a licensee who represents solely a buyer as a "buyer's agent". **Coldwell Banker may appoint a Designated Agent for Seller only if Seller agrees to sign the "Informed Consent to Designated Agency" form attached to this Agreement.**

11. **AGENCY.** I,_____**Marvin Williams**_____, (name of licensee) as an authorized representative of Coldwell Banker Realty, intend, as of this time, to work with you as a (indicate one of the following): ☐ Seller's Agent Only ☐ Seller's Agent and Disclosed Dual Agent or Designated Agent if the opportunity arises ☐ Transaction Broker Only

12. **ACKNOWLEDGEMENTS: YOU ACKNOWLEDGE RECEIPT OF THE NEW JERSEY ATTORNEY GENERAL'S SUMMARY OF THE NEW JERSEY LAW AGAINST DISCRIMINATION AND AGREEMENT TO ABIDE BY THE LAW. YOU ACKNOWLEDGE THAT THE ATTORNEY GENERAL'S SUMMARY OF THE NEW JERSEY LAW AGAINST DISCRIMINATION IS ATTACHED AND THE SELLER HAS REVIEWED AND AGREES TO THE TERMS AND CONDITIONS OF THE LAW. YOU ALSO ACKNOWLEDGE RECEIPT OF THE NEW JERSEY CONSUMER**

©2024 Coldwell Banker. All Rights Reserved. Coldwell Banker and the Coldwell Banker logos are trademarks of Coldwell Banker Real Estate LLC. The Coldwell Banker® System is comprised of company owned offices which are owned by a subsidiary of Anywhere Advisors LLC and independently owned and operated franchised offices. The Coldwell Banker System fully supports the principles of the Fair Housing Act and Equal Opportunity Act.                    Rev. 10-10-2024

INFORMATION STATEMENT (CIS) FROM COLDWELL BANKER AND THE DESIGNATED AGENT REFERENCED ABOVE PRIOR TO DISCUSSING YOUR MOTIVATION TO SELL OR LEASE OR YOUR DESIRED SELLING OR LEASING PRICE WITH A COLDWELL BANKER REPRESENTATIVE.

### 13. SELLER CONTACT INFORMATION.

Contact Phone: _____  E-Mail Address: _____

Contact Phone: _____  E-Mail Address: _____

Seller's Address (if different from Property): **1-3 Midland Pl , Newark , NJ  07106**

### 14. ADDITIONAL TERMS AND CONDITIONS _____

NOTE: This is a legal document that creates binding obligations. If not understood, consult an attorney. The term "Seller" and "you" shall refer to and be binding upon all Sellers, their heirs and successors; and the term Coldwell Banker shall include Coldwell Banker Realty, its agents, affiliates and successors.

**BY SIGNING BELOW**, the Seller(s) named herein, and Coldwell Banker acknowledge that they have read and understand the entire Agreement and all parties agree to all the terms, conditions, and provisions hereof.

*/s/ Linda Jamison*    2/1/26
Seller                                    Date
**Linda Jamison**

Seller                                    Date
**Michelle Middleton**
*/s/ Michelle Middleton*    2/1/26
Seller                                    Date

*N/A*
Seller                                    Date

**Coldwell Banker Realty**

_____    _____
Broker/Manager                            Date
**Michael Pennisi**

_____    _____
Listing Agent                             Date
**Marvin Williams**

©2024 Coldwell Banker. All Rights Reserved. Coldwell Banker and the Coldwell Banker logos are trademarks of Coldwell Banker Real Estate LLC. The Coldwell Banker® System is comprised of company owned offices which are owned by a subsidiary of Anywhere Advisors LLC and independently owned and operated franchised offices. The Coldwell Banker System fully supports the principles of the Fair Housing Act and Equal Opportunity Act.    Rev. 10-10-2024

## Disclosure of Information on Lead-Based Paint and/or Lead-Based Paint Hazards

**Lead Warning Statement**

*Every purchaser of any interest in residential real property on which a residential dwelling was built prior to 1978 is notified that such property may present exposure to lead from lead-based paint that may place young children at risk of developing lead poisoning. Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient, behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women. The seller of any interest in residential real property is required to provide the buyer with any information on lead-based paint hazards from risk assessments or inspections in the seller's possession and notify the buyer of any known lead-based paint hazards. A risk assessment or inspection for possible lead-based paint hazards is recommended prior to purchase.*

**Seller's Disclosure**

(a) Presence of lead-based paint and/or lead-based paint hazards (check (i) or (ii) below):

  (i) _____ Known lead-based paint and/or lead-based paint hazards are present in the housing (explain).

  _____

  (ii) _L.J. MM_ Seller has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.

(b) Records and reports available to the seller (check (i) or (ii) below):

  (i) _____ Seller has provided the purchaser with all available records and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (list documents below).

  _____

  (ii) _L.J. MM_ Seller has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

**Purchaser's Acknowledgment** (initial)

(c) _____ Purchaser has received copies of all information listed above.

(d) _____ Purchaser has received the pamphlet *Protect Your Family from Lead in Your Home.*

(e) Purchaser has (check (i) or (ii) below):

  (i) _____ received a 10-day opportunity (or mutually agreed upon period) to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards; or

  (ii) _____ waived the opportunity to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards.

**Agent's Acknowledgment** (initial)

(f) _____ Agent has informed the seller of the seller's obligations under 42 U.S.C. 4852d and is aware of his/her responsibility to ensure compliance.

**Certification of Accuracy**

The following parties have reviewed the information above and certify, to the best of their knowledge, that the information they have provided is true and accurate.

| _[signature]_ | 2/1/26 | _[signature]_ | 2/1/26 |
|---|---|---|---|
| Seller Linda Jamison | Date | Seller Michelle Middleton | Date |

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Purchaser | Date | Purchaser | Date |

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Agent  Marvin Williams | Date | Agent | Date |

CBR - Maplewood, 145 Maplewood Ave Maplewood NJ 07040    Phone: (908)422-8621    Fax: (973)378-5946    Midland Pl
Marvin Williams    Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026    www.zipLogix.com



**Front View**

Copyright, Garden State MLS, L.L.C.    **Info. deemed RELIABLE but not GUARANTEED - ALL Room Sizes are Approx.**    ANDREA STRACHAN WILLIAMS



Kitchen :

Copyright, Garden State MLS, L.L.C.    **Info. deemed RELIABLE but not GUARANTEED - ALL Room Sizes are Approx.**    ANDREA STRACHAN WILLIAMS

Essex Newark City (1614) — 1-3 Midland Place — List Price: $349,900

Residential Client Full Report



| | | | |
|---|---|---|---|
| MLS#: 2425139 | Section: Vailsburg | LP: $349,900 |
| Status: Old Withdrawn | ZN: | OLP: $349,900 |
| Rms: 7 | GRS: | SP: |
| Bdrm: 3 | MSJR: | LD: 07/11/2007 |
| FB: 1 | HS: | FSD: |
| HB: 1 | Acres: 0.00 | UCD: |
| ZIP: 07106- | LtSz: 40 X 100 | CD: |
| RZIP: | SqFt: | ADM: 47 |
| Block: 4262 | CLR: Grey | DOM: 47 |
| Lot: 1 | CL: No | SDA: Yes |
| Unit #: | GSMLS.com: Yes | |
| Floor #: | YB/Desc/Ren: 1954 / Approximate / | |
| Bldg #: | PSubType: | |
| AgeRestricted: No | Style: Colonial | |
| Pets: Yes | | |

Directions: So. Orange Ave to Montrose left on Cameron right on Eastern PKY right on Woodbine on corner Midand
Remarks: 3 BR Center Hall Colonial with large rooms, hardwood floors and large walk up attic near Seton Hall University

### INTERIOR

ApplIncs: Carbon Monoxide Detector, Dryer, Range/Oven-Gas, Washer      Kitch: Eat-In Kitchen
Bsmnt: Yes / Finished, Full
FirePl: 1 / Living Room, Wood Burning
Floor: Carpeting, Ceramic Tile, Wood

### EXTERIOR / OTHER FEATURES

Drive: 2 / 2 Car Width                                    Garage: 2 / Detached Garage
Exterior: Clapboard, Wood                                 LotDesc: Corner, Level Lot
ExtFeat: Privacy Fence, Patio, Storm Door(s), Storm Window(s)    Pool: No/
                                                          Roof: Asphalt Shingle

### ROOM DIMENSIONS

LivRm: 23x12 / First         DinRm: 13x14 / First        Kitch: 18x8 / First         Den: 20x9 / First
Primary Bedroom: 12x24 / Second    Bed2: 14x9 / Second   Bed3: 12x14 / Second
Bathroom: /Second
LevelB: Powder Room
Level1: Den, Dining Room, Kitchen, Living Room
Level2: 3 Bedrooms, Bath Main
Level3: Attic

### UTILITIES

Heat: 1 Unit, Radiators - Steam                Sewer: Public Sewer
Fuel: Gas-Natural                              Utilities: All Underground
Service: Cable TV Available, Garbage Included  Water: Public Water
                                               WtrHt: Gas

### FINANCIAL INFORMATION / TAX INFORMATION

Taxes: $4,086 / 2006      TaxRt: 2.490 / 2006    BldAsmt: $114,100    LndAsmt: $50,000    TotAsmt: $164,100
Fee: $ /                  AppFee: $              FarmAsm: No           HmWrnty: No          OTP: Fee Simple
Other: $ /                Easement: No /

Copyright, Garden State MLS, L.L.C.    **Info. deemed RELIABLE but not GUARANTEED - ALL Room Sizes are Approx.**    ANDREA STRACHAN WILLIAMS



Side View :

Copyright, Garden State MLS, L.L.C.    **Info. deemed RELIABLE but not GUARANTEED - ALL Room Sizes are Approx.**    ANDREA STRACHAN WILLIAMS